**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1629

LUCY JENKAA BADOH,

Petitioner,

versus

JOHN ASHCROFT, Attorney General; U.S. IMMIGRA-
TION & NATURALIZATION SERVICE,

Respondents.

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A76-903-217)

Submitted:  October 17, 2001          Decided:  October 31, 2001

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bokwe G. Mofor, IMMIGRATION ASSISTANCE CENTER, INC., Silver Spring,
Maryland, for Petitioner.  Stuart E. Schiffer, Acting Assistant
Attorney General, Carl H. McIntyre, Jr., Senior Litigation Counsel,
John L. Davis, Office of Immigration Litigation, Civil Division,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lucy Jenkaa Badoh, a native and citizen of Cameroon, appeals the Board of Immigration Appeals (Board) decision denying her motion to reconsider its ruling dismissing her appeal as untimely. The immigration judge ordered Badoh removed from the United States to Cameroon and denied her application for asylum and for relief under the Convention Against Torture. Badoh's notice of appeal to the Board was untimely filed, and the Board dismissed the appeal as untimely. Badoh moved to reconsider the Board's decision; the Board denied the motion. Badoh appeals.

This court reviews the ruling on a motion to reopen or reconsider for abuse of discretion. Stewart v. INS, 181 F.2d 587, 595 (4th Cir. 1999); see 8 C.F.R. § 3.2(a) (2001). Nothing Badoh argues convinces us that the Board abused its discretion in denying her motion. Therefore, we affirm the Board's ruling. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED